## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**CORY NOLE OSWALD,**

  *Plaintiff,*

v.           **Case No.: 3:26cv584-MW/HTC**

**ESCAMBIA COUNTY**
**CORRECTIONS JAIL OFFICIALS, et al.,**

  *Defendants.*

_____/

### ORDER ACCEPTING AND ADOPTING
### <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on April 3, 2026.**

       **s/Mark E. Walker**
       **United States District Judge**